No. 402, Misc. BEASLEY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richard W. Tompkins* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 414, Misc. PRUITT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 435, Misc. LEWIS *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *W. Arlington Jones* for petitioner. *J. P. Coleman,* Attorney General of Mississippi, for respondent.

No. 504, Misc. TUNE *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Edward J. Gilhooly* and *Charles Danzig* for petitioner. *Charles V. Webb, Jr.* and *C. William Caruso* for respondent.

No. 7. WILBURN BOAT CO. ET AL. *v.* FIREMAN'S FUND INSURANCE CO., 348 U. S. 310;

No. 518. AIRCOOLED MOTORS, INC. *v.* WILLIAMS, 348 U. S. 946; and

No. 530. SMALLS ET AL. *v.* ATLANTIC COAST LINE RAILROAD CO., 348 U. S. 946. Petitions for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of these applications.